**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00260-CV

**GRAPEVINE DIAMOND, L.P., ET AL., Appellants**

**V.**

**CITY BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01876-2010**

## ORDER

Before the Court is appellant Jonathan Aflatouni's agreed motion to stay. Appellant Jonathan Aflatouni has filed a petition for bankruptcy in the Bankruptcy Court for the Northern District of Texas. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, we **GRANT** appellant's motion. For administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/      ADA BROWN
          JUSTICE